42136, 42140. DOUGHERTY COUNTY SCHOOL SYSTEM et al. v. GROSSMAN (two cases).

EBERHARDT, Judge. Judgments adverse to the defendant having been entered, from which appeals were filed in this court, and counsel for both appellant and appellee having filed with the clerk a written request that, for the purpose of effecting a settlement of the cases and ending the litigation, the judgments be reversed, it is ordered that the judgment in each case be and it is hereby

Reversed. Bell, P. J., and Jordan, J., concur.

DECIDED JUNE 13, 1966.

Rawls & Campbell, H. G. Rawls, C. B. Rogers, for appellants. Burt & Burt, for appellee.